**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| American Civil Liberties Union of Arizona, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> United States Department of Homeland Security Office for Civil Rights and Civil Liberties, *et al.*, <br><br> Defendants. | No. CV-15-00247-PHX-JJT <br><br> **ORDER** |

The Court previously held a telephonic hearing in this matter on October 8, 2015, to formulate a production schedule for the remaining responsive documents in the possession of the various components of DHS. In its subsequent Minute Entry, the Court reserved ruling on the delivery date by Defendants of the *Vaughn* index and ordered the parties to jointly submit "a brief statement regarding the formulation and use of the *Vaughn* index by no later than 5:00 PM Arizona time on Thursday, October 22, 2015." (Doc. 20.) The Court no longer requires such a statement.

IT IS ORDERED that Defendants shall produce the *Vaughn* index no later than May 27, 2016, the deadline for completing document production to Plaintiffs.

//
//
//

IT IS FURTHER ORDERED vacating that portion of the Court's October 8, 2015, Minute Entry requiring the parties to jointly produce by October 22, 2015, a statement regarding the formulation and use of the *Vaughn* index.

Dated this 21st day of October, 2015.

_____
Honorable John J. Tuchi
United States District Judge