Victoria Lopez (Bar No. 330042)
Daniel J. Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)
ACLU FOUNDATION OF ARIZONA
3707 North 7th Street, Suite 235
Phoenix, AZ 85014
T: (602) 650-1854
F: (602) 650-1376
*vlopez@acluaz.org*
*dpochoda@acluaz.org*
*jlyall@acluaz.org*

David Loy
Mitra Ebadolahi
ACLU FOUNDATION OF SAN DIEGO
AND IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138
T: (619) 232-2121
F: (619) 232-0036
*davidloy@aclusandiego.org*
*mebadolahi@aclusandiego.org*

Whitty Somvichian
Aarti Reddy
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111
T: (415) 693-2000
F: (415) 693-2222
*wsomvichian@cooley.com*
*areddy@cooley.com*

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| ACLU FOUNDATION OF ARIZONA; ACLU FOUNDATION OF SAN DIEGO AND IMPERIAL COUNTIES,<br><br>*Plaintiffs*<br>v.<br><br>OFFICE FOR CIVIL RIGHTS AND CIVIL LIBERTIES; U.S. DEPARTMENT OF HOMELAND SECURITY; OFFICE OF INSPECTOR GENERAL, U.S. DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>*Defendants* | CASE NO.: CV-15-00247-PHX-JJT<br><br>**NOTICE OF OPPOSITION TO DEFENDANTS' MOTION FOR EXTENSION OF PRODUCTION AND BRIEFING DEADLINES** |

Plaintiffs ACLU Foundation of Arizona and ACLU Foundation of San Diego and Imperial Counties hereby give notice that they intend to file an opposition to Defendants' Motion for Extension of Production and Briefing Deadlines by February 18, 2016 in accordance with Local Rule 7.2(c).

DATED this 8th day of February, 2016.

        Respectfully submitted,

ACLU FOUNDATION OF ARIZONA

By /s/ James Duff Lyall
Victoria Lopez
Daniel J. Pochoda
James Duff Lyall

ACLU FOUNDATION OF SAN DIEGO AND IMPERIAL COUNTIES

By /s/ Mitra Ebadolahi
David Loy
Mitra Ebadolahi

COOLEY LLP

By /s/ Aarti Reddy
Aarti Reddy
Whitty Somvichian

*Attorneys for Plaintiffs*

<u>Certificate of Service</u>

I hereby certify that on February 8, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Mitra Ebadolahi
Victoria Lopez
David Loy
James Duff Lyall
Emily Sue Newton
Daniel Joseph Pochoda
Whitty Somvichian

/s/ Aarti Reddy
Aarti Reddy