BENJAMIN C. MIZER
Acting Assistant Attorney General
MARCIA BERMAN
Assistant Branch Director
EMILY S. NEWTON, Va. Bar No. 80745
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC 20530
Tel: (202) 305-8356
Fax: (202) 616-8470
Email: emily.s.newton@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| ACLU FOUNDATION OF ARIZONA; ACLU FOUNDATION OF SAN DIEGO AND IMPERIAL COUNTIES,<br><br>*Plaintiffs*,<br>v.<br><br>OFFICE FOR CIVIL RIGHTS AND CIVIL LIBERTIES; U.S. DEPARTMENT OF HOMELAND SECURITY; OFFICE OF INSPECTOR GENERAL, U.S. DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>*Defendants*. | CASE NO.: CV-15-00247-PHX-JJT<br><br>**DEFENDANTS' STATUS REPORT** |

Defendants submit this status report in response to the Court's Order, dated March 31, 2016 (ECF No. 27). Plaintiffs' FOIA Request (the "Request") seeks records related to abuse and mistreatment of children in the custody of Defendant Customs and Border Protection ("CBP") and its sub-agency, the Office of Border Patrol. Within the Defendant

Department of Homeland Security ("DHS"), four component agencies—CBP, Immigration and Customs Enforcement ("ICE"), the DHS Office of Inspector General ("OIG"), and the DHS Office for Civil Rights and Civil Liberties ("CRCL") (collectively "Defendants")—have identified records responsive to Plaintiffs' Request. Defendants began producing responsive, non-exempt material in response to Plaintiffs' Request on June 12, 2015, and to date, have produced a total of approximately 7,478 pages of documents in response to the Request.

As requested in the Court's March 31 Order, below are the current rates of processing, i.e., review for responsiveness and applicable exemptions, for each component agency, as well as the number of pages remaining to be processed by each component agency in response to Plaintiffs' FOIA request.

- CRCL – processing rate of approximately 1,000 pages per month, with approximately 1,500 pages remaining;
- CBP – processing rate of 300 pages per month, with approximately 17,700 pages remaining;
- ICE – ICE has completed processing and production of records it identified via its search for records in response to Plaintiffs' Request. ICE is currently processing a limited number of pages that have been referred to ICE from other component agencies, or which ICE initially referred to other component agencies for review but have now been returned to ICE for final review and release to Plaintiffs;
- OIG – processing rate of approximately 1,100 pages per month, with approximately 18,000 pages remaining.

As explained in Defendants' Motion for Extension (ECF No. 22), CBP FOIA has put together a temporary duty ("TDY") team from across CBP to assist with the processing of potentially responsive records as part of this litigation. Since the Court's March 31 order, that team has reviewed and redacted exempt information from thousands of pages of

documents; however, these pages still need to undergo an additional layer of review by a FOIA analyst to ensure accuracy and consistency, and there are limited resources available to devote to this layer of review. CBP is continuing to evaluate how additional resources can be devoted to the remaining processing to meet the current production deadline imposed by the Court.

OIG's FOIA office is currently attempting to hire an additional FOIA analyst and is in the process of contracting for additional short- and long-term support to its FOIA staff. In addition to this case, OIG FOIA is assisting with four other FOIA cases currently in litigation.

In accordance with the Court's March 31 Order, Defendants will submit to the Court another status report on June 1, 2016.

DATED this 30th day of April, 2016          Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

/s/ *Emily S. Newton*
EMILY S. NEWTON
Va. Bar No. 80475
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC  20530
Tel: (202) 305-8356
Fax: (202) 616-8470
Email: emily.s.newton@usdoj.gov

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I, Emily Newton, hereby certify that on April 30, 2016, I caused a copy of the foregoing ***Joint Status Report*** to be filed with the Court's electronic filing system. Parties may access this document through that system.

                                         */s/ Emily S. Newton*
                                         EMILY S. NEWTON