BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
MARCIA BERMAN
Assistant Branch Director
EMILY S. NEWTON, Va. Bar No. 80745
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC 20530
Tel: (202) 305-8356
Fax: (202) 616-8470
Email: emily.s.newton@usdoj.gov

*Counsel for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

ACLU FOUNDATION OF ARIZONA;      )
ACLU FOUNDATION OF SAN           )
DIEGO AND IMPERIAL COUNTIES,     )
                                 )
              *Plaintiffs*,       )
                                 )
v.                               )
                                 )    CASE NO.: CV-15-00247-PHX
OFFICE FOR CIVIL RIGHTS AND      )    -JJT
CIVIL LIBERTIES; U.S. DEPARTMENT )
OF HOMELAND SECURITY; OFFICE     )
OF INSPECTOR GENERAL, U.S.       )    **DEFENDANTS' STATUS REPORT**
DEPARTMENT OF HOMELAND           )
SECURITY; UNITED STATES          )
CUSTOMS AND BORDER               )
PROTECTION; UNITED STATES        )
IMMIGRATION AND CUSTOMS          )
ENFORCEMENT; UNITED STATES       )
DEPARTMENT OF HOMELAND           )
SECURITY,                        )
                                 )
              *Defendants*.        )
_____  )

        Defendants submit this status report in response to the Court's Order, dated March

31, 2016 (ECF No. 27).  Plaintiffs' FOIA Request (the "Request") seeks records related to

abuse and mistreatment of children in the custody of Defendant Customs and Border

Protection ("CBP") and its sub-agency, the Office of Border Patrol.  Within the Defendant

Department of Homeland Security ("DHS"), four component agencies—CBP, Immigration and Customs Enforcement ("ICE"), the DHS Office of Inspector General ("OIG"), and the DHS Office for Civil Rights and Civil Liberties ("CRCL") (collectively "Defendants")—have identified records responsive to Plaintiffs' Request. Defendants began producing responsive, non-exempt material in response to Plaintiffs' Request on June 12, 2015, and to date, have produced a total of approximately 10,314 pages of documents in response to the Request.

Pursuant to the Court's March 31 Order, CRCL and ICE completed by May 27, 2016 their productions in response to Plaintiffs' Request. CRCL produced a total of 3,826 pages, and ICE produced a total of 2,129 pages of responsive, non-exempt material. While CRCL and ICE have completed production of the responsive, non-exempt records identified by their FOIA offices, they will continue to process records that have been referred to them by CRCL, and that are referred to them by CBP and OIG as the latter two offices continue to process records in response to Plaintiffs' Request.

In addition, as requested in the Court's March 31 Order, below are CBP and OIG's current rates of processing, i.e., review for responsiveness and applicable exemptions, estimated number of remaining pages to be processed, and any further information relevant to the agencies' abilities to meet the current production deadline.

- CBP – processing approximately 449 pages/month; approximately 13,800 pages remaining;
- OIG – processing approximately 1,265 pages/month; approximately 15,615 pages remaining.

As explained in Defendants' Motion for Extension (ECF No. 22), CBP FOIA has put together a temporary duty ("TDY") team from across CBP to assist with the processing of potentially responsive records as part of this litigation. Since the Court's March 31 order, that team has reviewed and redacted exempt information from thousands of pages of documents; however, CBP's current processing rate is based on the fact that

2

these pages still need to undergo an additional layer of review by a FOIA analyst to ensure accuracy and consistency, and there are limited resources available to devote to this layer of review.  CBP expects that its current rate of processing will increase substantially next month.

OIG has begun the hiring process for an additional FOIA processor and is continuing its efforts to contract for additional short- and long-term support for its FOIA office.  OIG has also added a FOIA-dedicated attorney to the office of Counsel, who will transition to managing the FOIA processors after completing orientation this week.  However, OIG currently has only four processors, as the previous FOIA supervisor, an analyst herself, recently left OIG.  OIG's current FOIA processors continue to work overtime to process records for this litigation; however, OIG's FOIA processors also are continuing to support four other FOIA litigation matters:  (1) *Judicial Watch, Inc. v. U.S. Dep't of Homeland Sec.*, No. 1:15-cv-00222-RBW (D.D.C.); (2) *Litman v. U. S. Dep't of Homeland Sec.*, No. 3:15-cv-00760-C (N.D. Tex.); (3) *Am. Civil Liberties Union of San Diego &Imperial Counties v. U.S. Dep't of Homeland Sec.*, No. 8:15-cv-00229-JLS-RNB (C.D. Cal.); and (4) *Ariz. Civil Liberties Union Found. of Ariz. v. U.S. Dep't of Homeland Sec.*, No. 4:14-cv-02052-RM-BPV (D. Ariz.).

In accordance with the Court's March 31 Order, Defendants will submit to the Court another status report on July 1, 2016.

DATED this 1st day of June, 2016.        Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney
General

MARCIA BERMAN
Assistant Branch Director

/s/ *Emily S. Newton*
EMILY S. NEWTON
Va. Bar No. 80475

Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC  20530
Tel: (202) 305-8356
Fax: (202) 616-8470
Email: emily.s.newton@usdoj.gov

*Counsel for Defendants*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2016, I caused a copy of the foregoing Status Report to be filed with the Court's electronic filing system.  The parties may access this document through that system.

*/s/ Emily S. Newton*
EMILY S. NEWTON