BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
MARCIA BERMAN
Assistant Branch Director
EMILY S. NEWTON, Va. Bar No. 80745
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC 20530
Tel: (202) 305-8356
Fax: (202) 616-8470
Email: emily.s.newton@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| ACLU FOUNDATION OF ARIZONA; ACLU FOUNDATION OF SAN DIEGO AND IMPERIAL COUNTIES,<br><br>*Plaintiffs*,<br>v.<br><br>OFFICE FOR CIVIL RIGHTS AND CIVIL LIBERTIES; U.S. DEPARTMENT OF HOMELAND SECURITY; OFFICE OF INSPECTOR GENERAL, U.S. DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>*Defendants*. | CASE NO.: CV-15-00247-PHX-JJT<br><br>**DEFENDANTS' STATUS REPORT** |

Defendants submit this status report in response to the Court's Order, dated March 31, 2016 (ECF No. 27). Plaintiffs' FOIA Request (the "Request") seeks records related to the alleged abuse and mistreatment of children in the custody of Defendant Customs and Border Protection ("CBP") and its sub-agency, the Office of Border Patrol. Within the

Defendant Department of Homeland Security ("DHS"), four component agencies—CBP, Immigration and Customs Enforcement ("ICE"), the DHS Office of Inspector General ("OIG"), and the DHS Office for Civil Rights and Civil Liberties ("CRCL") (collectively "Defendants")—have identified records responsive to Plaintiffs' Request. Defendants began producing responsive, non-exempt material in response to Plaintiffs' Request on June 12, 2015, and to date, have produced a total of approximately 11,320 pages of documents in response to the Request.

As indicated in Defendants' prior June 1, 2016 status report (ECF No. 31), CRCL and ICE have completed their productions in response to Plaintiffs' Request but are continuing to process records referred to them by CBP and OIG, as the latter two offices continue to process records in response to Plaintiffs' Request. Since Defendants submitted their June 1, 2016 status report, CRCL has produced an additional 210 pages of responsive documents that had been referred to it from OIG. ICE anticipates that it will be able to process any referrals by the Court's July 8, 2016 deadline.

As explained in Defendants' Motion for Extension (ECF No. 22), CBP FOIA has established a temporary duty ("TDY") team from across CBP to assist with the processing of potentially responsive records as part of this litigation. CBP anticipates that, with the assistance of the TDY team, it will complete production of responsive records by the Court's July 8, 2016 deadline.

OIG continues in its efforts to increase its staffing and processing capability. OIG is in the process of hiring FOIA analysts to replace departing analysts and contracting for additional help with processing records. OIG has posted announcements on USAJobs and initiated the hiring process to replace the two departing analysts. Further, in June 2016, OIG added a new FOIA-dedicated attorney who is transitioning to full-time management of the FOIA unit. To provide further processing support, OIG also initiated a lengthy procurement for contractor help and recently awarded the contract on June 9, 2016. OIG expects two contractors to begin work under the contract in early July 2016. OIG also

posted an OIG-wide announcement seeking two employees for an immediate 3-6 month detail to assist with FOIA work, but the listing closed on June 17, 2016 with no applicants. As several members of the FOIA Unit staff already work regular overtime to process FOIA litigation records, beginning in July 2016, two rotating OIG attorneys will also help process records for litigation for up to 10 hours weekly. As indicated in Defendants' previous status report, OIG's current FOIA processors continue to work overtime to process records for this litigation but also continue to support three other FOIA litigation matters: (1) *Litman v. U. S. Dep't of Homeland Sec.*, No. 3:15-cv-00760-C (N.D. Tex.); (2) *Am. Civil Liberties Union of San Diego &Imperial Counties v. U.S. Dep't of Homeland Sec.*, No. 8:15-cv-00229-JLS-RNB (C.D. Cal.); and (3) *Ariz. Civil Liberties Union Found. of Ariz. v. U.S. Dep't of Homeland Sec.*, No. 4:14-cv-02052-RM-BPV (D. Ariz.). OIG has a substantial backlog of FOIA requests and has recently missed a court-ordered deadline—a position OIG has never been in before—in *Litman*, where it has approximately 230,000 pages remaining to process. Due to the overwhelming and urgent burden of *Litman* and other competing demands on OIG's FOIA unit, OIG unfortunately anticipates that it will not be able meet the Court's July 8, 2016 deadline. OIG plans to file papers with the Court prior to the July 8 deadline to provide a further update on OIG's efforts and the status of the production, and to seek relief from the deadline.

DATED this 1st day of July, 2016.   Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

/s/ *Emily Newton*
EMILY NEWTON
Va. Bar No. 80745
Trial Attorney

3

U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC  20530
Tel: (202) 305-8356
Fax: (202) 616-8470
Email: emily.s.newton@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I, Emily Newton, hereby certify that on July 1, 2016, I caused a copy of the foregoing *Status Report* to be filed with the Court's electronic filing system. Parties may access this document through that system.

          */s/ Emily S. Newton*
          EMILY S. NEWTON