NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| American Civil Liberties Union of Arizona, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>United States Department of Homeland Security Office for Civil Rights and Civil Liberties, *et al.*,<br><br>Defendants. | No. CV-15-00247-PHX-JJT<br><br>**ORDER** |

At issue is Plaintiffs American Civil Liberties Union of Arizona and American Civil Liberties Union of San Diego and Imperial Counties' Request for Sanctions (Doc. 37), which the Court took under advisement during its October 3, 2016 hearing (Doc. 47). Plaintiffs' Motion was brought in response to an alleged lack of timely production of documents, as well as Defendants' Second Motion/Request for Modification of the Briefing Schedule (Doc. 34) in which Defendants sought to further elongate the timeline for its production. Following the hearing, Defendants' Motion for Modification was granted in part and a brief extension granted as the parties had come to an agreement on the production schedule and Defendants' production of documents had progressed. (*See* Docs. 47, 50.) The Court nonetheless took Plaintiffs' Motion for Sanctions under advisement until Defendants' obligations, including their production of documents, had been completely satisfied and the Court could evaluate the conduct as a whole. (Doc. 50 at 24.) Because Plaintiffs' Motion was in response to alleged delays in the production of

documents requested—at least some of which were cured before the Court's hearing—and because discovery has since closed (*See* Doc. 55) and Defendants have filed a potentially dispositive motion (Doc. 56), the Court will deny Plaintiffs' Motion with leave to refile a current and comprehensive motion for sanctions after the Court rules on Defendants' Motion for Summary Judgment.

**IT IS THEREFORE ORDERED** denying Plaintiffs American Civil Liberties Union of Arizona and American Civil Liberties Union of San Diego and Imperial Counties' Request for Sanctions (Doc. 37) with leave to re-file after the Court rules on Defendants' pending Motion for Summary Judgment (Doc. 56).

Dated this 15th day of March, 2017.

Honorable John J. Tuchi
United States District Judge