# Exhibit 10

(b)(5)



Proprietary Information – Not for Distribution – Copyrighted – Property of CCA

(b)(5)



Proprietary Information – Not for Distribution – Copyrighted – Property of CCA

(b)(5)



Proprietary Information – Not for Distribution – Copyrighted – Property of CCA



(b)(5)

Proprietary Information – Not for Distribution – Copyrighted – Property of CCA

2015 I5-ICFO-12223.001314

(b)(5)



Proprietary Information – Not for Distribution – Copyrighted – Property of CCA

(b)(5)



Proprietary Information – Not for Distribution – Copyrighted – Property of CCA

2015 I5-ICFO-12223.001316

(b)(5)



Proprietary Information – Not for Distribution – Copyrighted – Property of CCA

(b)(5)



Proprietary Information – Not for Distribution – Copyrighted – Property of CCA

(b)(5)





Comment        (b)(5)
               (b)(5)

Proprietary Information – Not for Distribution – Copyrighted – Property of CCA

2015 I5-ICFO-12223.001319

(b)(5)

Proprietary Information – Not for Distribution – Copyrighted – Property of CCA

(b)(5)



Proprietary Information – Not for Distribution – Copyrighted – Property of CCA

(b)(5)



Proprietary Information – Not for Distribution – Copyrighted – Property of CCA

2015 I5-ICFO-12223.001322

(b)(5)



Proprietary Information – Not for Distribution – Copyrighted – Property of CCA

2015 I5-ICFO-12223.001323

(b)(5)



Proprietary Information – Not for Distribution – Copyrighted – Property of CCA

2015 I5-ICFO-12223.001324

(b)(5

Proprietary Information – Not for Distribution – Copyrighted – Property of CCA

2015 I5-ICFO-12223.001325

(b)(5)



Proprietary Information – Not for Distribution – Copyrighted – Property of CCA

2015 I5-ICFO-12223.001326

14-2B

## SEXUAL ABUSE SCREENING TOOL



(b)(5)



Proprietary Information – Not for Distribution – Copyrighted – Property of CCA

(b)(5)

(b)(5)

(b)(5)

Proprietary Information – Not for Distribution – Copyrighted – Property of CCA

14-2I

## ANNUAL PREA STAFFING PLAN ASSESSMENT



(b)(5)

Comment    (b)(5)
           (b)(5)

Proprietary Information – Not for Distribution – Copyrighted – Property of CCA



# ANNUAL PREA STAFFING PLAN ASSESSMENT

(b)(5)



**Proprietary Information – Not for Distribution – Copyrighted – Property of CCA**

2015 J5-ICEO-12223.001330

(b)(5)



Proprietary Information – Not for Distribution – Copyrighted – Property of CCA

(b)(5)



Proprietary Information – Not for Distribution – Copyrighted – Property of CCA

(b)(5)

Proprietary Information – Not for Distribution – Copyrighted – Property of CCA