UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 21 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ACLU OF ARIZONA and ACLU FOUNDATION OF SAN DIEGO AND IMPERIAL COUNTIES,<br><br>        Plaintiffs-Appellees,<br><br> v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, Office for Civil Rights and Civil Liberties; et al.,<br><br>        Defendants-Appellants. | No.   18-15907<br><br>D.C. No. 2:15-cv-00247-JJT District of Arizona, Phoenix<br><br>ORDER |

Before: THOMAS, Chief Judge, W. FLETCHER and CALLAHAN, Circuit Judges.

Appellants' unopposed emergency motion to stay the district court's March 22, 2018 order pending appeal (Docket Entry No. 4) is granted. *See Hilton v. Braunskill*, 481 U.S. 770, 776 (1987).

The briefing schedule established previously remains in effect.

SSL/MOATT